IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER J. SOROKAPUT, | No. 4:21-CV-00740 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NICK FARE, | |
| Defendant. | |

### ORDER

**MARCH 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to amend, Doc. 25, is **GRANTED**.

2. Plaintiff's proposed Amended Complaint, Doc. 28, is accepted as his Amended Complaint and is deemed filed.

3. Plaintiff's Amended Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge